Exhibit 9

## Daniel Shaw

| | |
|---|---|
| From: | M. Sherry White <magswhite@msn.com> |
| Sent: | Monday, January 03, 2011 3:31 PM |
| To: | Mark Meyers; Gary Ostrom; Robert L. Gagnon |
| Cc: | Daniel Shaw; Carrie Larks Norton Shores; gnelund@nortonshores.org |
| Subject: | RE: La Vigne Matter |

Hi Mark,

Thanks for the heads up. Mr. McVicar did just call me - I let the voice mail pick it up, and do not intend to return his call, as there is nothing further to discuss at this time. As we are aware, the final decision rests with Mayor Nelund.

Sherry

---

Subject: La Vigne Matter
Date: Mon, 3 Jan 2011 15:06:54 -0500
From: MMeyers@NortonShores.org
To: gwostrom@yahoo.com; nsfd.deputychief@mcd911.net; magswhite@msn.com
CC: Daniel.Shaw@mcd911.net; CLarks@NortonShores.org; gnelund@NortonShores.org

Good afternoon,

Please be informed that Brian McVicar, reporter with the Muskegon Chronicle, contacted me this afternoon regarding the Personnel Board's recommendation to the Mayor regarding Tim La La Vigne's termination. I confirmed that a recommendation had been made by the Board to the Mayor but did not provide details. I did say it was advisory and the Mayor had final authority regarding changing my decision. He stated that he would be contacting Board members. I further told Mr. McVicar that it would be inappropriate for me to comment further at this time since this involves an ongoing internal personnel matter and the Mayor has not had an opportunity to consider the recommendation.

If you have any questions, please contact me.

Regards,

Mark

NS000000472