



G. Nelund
EXHIBIT NO. 2
7-26-11
C. CLARK-BERRY

4814 Henry Street  Norton Shores, Michigan 49441  www.nortonshores.org

Exhibit 10

January 24, 2011

Tim LaVigne
1500 Westwood
Muskegon, MI 49441

Dear Mr. LaVigne:

This letter is to confirm Mayor Nelund is upholding the termination of your employment with the City of Norton Shores effective October 27, 2010.

Sincerely,

Carrie A. Larks
Director of Administrative Services

| Administration/City Clerk | Assessing Division | Building Division | Community Development | Finance/Treasurer |
|---|---|---|---|---|
| (231) 798-4391 | (231) 799-6806 | (231) 799-6801 | (231) 799-6800 | (231) 799-6805 |
| Fire Department | Parks/Recreation | Police Department | Public Works | Streets Division |

NS00000056