## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Mayor Gary Nelund Deposition |
| Exhibit 2 | Timothy LaVigne Deposition |
| Exhibit 3 | Cellular Telephone Policy |
| Exhibit 4 | Norton Shores Police Department Official Complaint |
| Exhibit 5 | Email Exchange with Personnel Board |
| Exhibit 6 | Norton Shores Police Department Disciplinary Procedures |
| Exhibit 7 | Determination Hearing Agenda |
| Exhibit 8 | Chief of Police Shaw's Memo to LaVigne re Notice of Disposition of (10-26-10) |
| Exhibit 9 | Carrie Larks' Letter 10-28-10 |
| Exhibit 10 | LaVigne's Appeal of Discharge |
| Exhibit 11 | Personnel Committee Summary and Recommendation 12-29-10 |
| Exhibit 12 | Carrie Larks' Letter of 1-24-11 to Timothy LaVigne |
| Exhibit 13 | City Charter |
| Exhibit 14 | Code of Ordinances |